## IN THE SUPREME COURT OF THE STATE OF NEVADA

MATTHEW TRAVIS HOUSTON,
Appellant,
vs.
MANDALAY BAY CORPORATION,
D/B/A MANDALAY BAY RESORT &
CASINO,
Respondent.

No. 85352

FILED

SEP 29 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal. Eighth Judicial District Court, Clark County; David M. Jones, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, appellant fails to identify any appealable order. Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Cadish

_____, J.
Pickering

_____ Sr. J.
Gibbons

---

[1]Given this dismissal, this court takes no action in regard to the document filed by appellant on September 28, 2022.

The Honorable Mark Gibbons, Senior Justice, participated in this matter under a general order of assignment.

SUPREME COURT
OF
NEVADA

(O) 1947A

22-30611

cc:   Hon. David M. Jones, District Judge
       Matthew Travis Houston
       Bernstein & Poisson
       Eighth District Court Clerk